AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 13, assim. Cal. Health & Safety Code § 11364 - Possession of Drug Paraphernalia (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
Maximum jail term of six months
Maximum fine of $5,000
Mandatory $10 special assessment fee

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
► KEVIN PATRICK MATTIAS

**DISTRICT COURT NUMBER**
CR 08 0130 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ► 1/26/2008
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 MAR -3 PM 2:08
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>KEVIN PATRICK MATTIAS,<br><br>  Defendant. | No.    MAG<br><br>VIOLATIONS: 18 U.S.C. § 13, assimilating California Health & Safety Code § 11364(a) - Possession of Drug Paraphernalia for Smoking a Controlled Substance (Class B Misdemeanor).<br><br>SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

On or about January 26, 2008, in the Northern District of California, within the boundaries of Fort Mason, an area under the exclusive jurisdiction of the United States in the Golden Gate National Recreational Area, the defendant,

KEVIN PATRICK MATTIAS,

did unlawfully possess a device, contrivance, instrument, and paraphernalia that can be used for smoking a controlled substance, to wit: a pipe used for smoking methamphetamine, in violation

//

//

//

INFORMATION

1. of Title 18, United States Code, Section 13, assimilating California Health and Safety Code
2. Section 11364(a), a Class B Misdemeanor.

DATED: March 3, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*Kyle F. Waldinger*
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: *Wendy M. Thomas* )
WENDY M. THOMAS
Special Assistant United States Attorney

INFORMATION                                 -2-