1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone:  (415) 436-7700
4
   Counsel for Defendant MATTIAS
5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              )   No. CR-08-130 MAG
                                          )
11              Plaintiff,                 )   STIPULATED MOTION FOR
                                          )   CONTINUANCE
12 vs.                                     )
                                          )
13 KEVIN PATRICK MATTIAS,                  )
                                          )
14              Defendant.                 )
   _____)
15

16      The parties in the above entitled case request the Court to continue the status hearing

17 presently scheduled for April 25, 2008 to 10:30 a.m., on May 9, 2008 because counsel for the

18 defendant will be out of state on business on the presently scheduled date.  Counsel for the

19 government has authorized undersigned counsel to represent that she is in agreement with the

20 motion and the proposed new date.

21

22 Dated: April 22, 2008

23 Dated:  April 23, 2008                     Respectfully submitted,

24                                            /s

25                                            BARRY J. PORTMAN
                                             Federal Public Defender
26

IT IS SO ORDERED
Judge Joseph C. Spero