~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | RE: | Kevin P. MATTIAS |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-00130 MAG |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Allen Lew, Supervisor | 415-436-7512 |
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 9, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A 15th Floor on ~~04/25/08~~ 5/9/08 at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

| | |
|---|---|
| JOSEPH C. SPERO<br>UNITED STATES MAGISTRATE JUDGE | |
| JUDICIAL OFFICER | DATE |

Cover Sheet (03/26/08)