| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: wendy.thomas@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08 00130 JCS | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | [~~PROPOSED~~] ORDER TO RELEASE<br>DEFENDANT | |
| | ) | | |
| KEVIN PATRICK MATTIAS, | ) | | |
| Defendant. | ) | | |

The parties appeared before the Honorable Joseph C. Spero on May 30, 2008. The defendant was represented by Assistant Federal Public Defender Elizabeth Falk, on behalf of his attorney, Barry Portman. The United States was represented by Special Assistant United States Attorney Wendy Thomas. Also present was United States Pretrial Services Officer Allen Lew. At that time, the Court ordered the conditions of the defendant's release as follows:

1. The defendant shall appear at all proceedings as ordered by the court and shall surrender for service of any sentence imposed;

2. The defendant shall not commit any federal, state, or local crime;

ORDER AMENDING RLEASE
CONDITIONS CR 08 00130 JCS

3. The defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation;

4. The defendant shall be supervised by Pretrial Services;

5. The defendant shall reside at a half-way house until he is evaluated for eligibility in a residential drug treatment program. While residing at the half-way house, he shall not leave the half-way house except for medical appointments, court appearances, and appointments with his Pretrial Services Officer.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 5/30/08

WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/30/08

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

ORDER AMENDING RLEASE
CONDITIONS CR 08 00130 JCS                2