JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

 450 Golden Gate Avenue, 11th Floor
 San Francisco, California 94102
 Telephone:  (415) 436-6809
 Fax:  (415) 436-7234
 Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0130 MAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION AND [PROPOSED] ORDER** |
| v. | ) | **TO DISMISS INFORMATION** |
| | ) | |
| KEVIN PATRICK MATTIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California moves to dismiss the above

//

//

//

//

//

//

//

//

DISMISSAL OF INFORMATION
CR 08-0130 MAG

1   Information with prejudice.  The defendant has successfully completed his pretrial diversion

2   program.

3

4                                              Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7

8   DATED:   8/29/08                              _____/s/_____

9                                              WENDY THOMAS
                                               Special Assistant United States Attorney
10

11      The Court hereby grants leave to dismiss the above Information with prejudice.

12

13

14  DATED: _____                 _____

                                               JOSEPH C. SPERO
15                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
CR 08-0130 MAG