JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0130 MAG |
|     Plaintiff, ) | |
| ) | **MOTION AND [PROPOSED] ORDER** |
| v. ) | **TO DISMISS INFORMATION** |
| ) | |
| KEVIN PATRICK MATTIAS, ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 08-0130 MAG

1  Information with prejudice. The defendant has successfully completed his pretrial diversion
2  program.

                                                Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


8  DATED:  8/29/08                                          /s/
                                                WENDY THOMAS
                                                Special Assistant United States Attorney


11     The Court hereby grants leave to dismiss the above Information with prejudice.


13  DATED: September 2, 2008
                                                JOSEPH
                                                United S                      Judge
                                                        Judge Joseph C. Spero

DISMISSAL OF INFORMATION
CR 08-0130 MAG